# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 14, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 18 2015

TYLER TEXAS
PAM ESTES, CLERK

Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX 75702

Re: Nicky Charune Agnew
    v. Texas
    No. 15-71
    (Your No. 12-13-00181-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk